FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 22, 2016

Debra Ann Windsor
Assistant District Attorney
401 West Belknap Street
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

David A. Pearson
Attorney at Law
222 West Exchange, Suite 103
Fort Worth, TX 76164
* DELIVERED VIA E-MAIL *

Phillip Andrew Rodriguez
TDCJ-ID #02047201
Bartlett Unit
1018 Arnold Drive
Bartlett, TX 76511

**RE:** Case Numbers: 07-16-00153-CR, 07-16-00154-CR
Trial Court Case Numbers: 1333118D, 1333120D
**Style:** Phillip Andrew Rodriguez aka Phillip Rodriguez v. The State of Texas

Dear Counsel and Mr. Rodriguez:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Wayne F. Salvant (DELIVERED VIA E-MAIL)
Administrative Judge (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)